IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOE R. GONZALES
d/b/a BUILD RIGHT CONSTRUCTION,

    Plaintiff/Counter Defendant,

v.                                                                 No. 2:23-cv-01071-GJF-KRS

JULIANNE McCABE,

    Defendant/Counter-Plaintiff.

**STIPULATED ORDER GRANTING
JOINT MOTION TO MODIFY SCHEDULING ORDER**

THIS MATTER comes before the Court on the parties' Joint Motion to Modify Scheduling Order. [Doc. 59].  The Court, having reviewed the parties' stipulation and discussed the extension with the presiding judge, **FINDS** that it is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the February 15, 2024 Scheduling Order [Doc. 16] is modified as follows:

    (e) Termination of discovery:        August 23, 2024

    (f) Motions relating to discovery:    September 30, 2024

    (g) All other motions:                  October 18, 2024

All other deadlines and mandates contained in the February 16, 2024 Scheduling Order shall remain in place.

**IT IS SO ORDERED**.

_____
**THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE**

Submitted by:

**JENNINGS HAUG KELEHER McLEOD WATERFALL LLP**

By:*/s/ Chris R. Marquez*
Chris R. Marquez
P. O. Box AA
Albuquerque, NM  87103
Telephone:  (505) 346-4646
cm@jkwlawyers.com
*Attorneys for Defendant/Counter-Plaintiff Julianne McCabe*

and

**MOSES, DUNN, FARMER & TUTHILL, P.C.**

By: */s/ Approved via email on July 25, 2024*
Alicia L. Gutierrez
Kenneth M. "Kam" Culbreth III
P.O. Box 27047
Albuquerque, NM 87125
(505) 843-9440
alicia@moseslaw.com
kam@moseslaw.com
*Attorneys for Plaintiff/Counter-Defendant Joe. R. Gonzales*
4889-0300-7947, v. 1